114 

Local Loan Company, Appellee, v. Jack Norman et al., Appellants.

Gen. No. 42,461. 

opinion filed May 5, 1943. Hubbard, Baker & Rice and Landon L. Chapman, for appellants; Newton, Wilhelm & Kenny, for appellee. Opinion by PRESIDING JUSTICE BURKE. "Not to be published in full."

People of the State of Illinois, Defendant in Error, v. Ruth Slade, Plaintiff in Error.

Gen. No. 42,480. 

opinion filed May 5, 1943. W. G. Anderson, for plaintiff in error; Thomas J. Courtney, State's Attorney, for defendant in error; Edward E. Wilson, John T. Gallagher, Melvin S. Rembe and Joseph A. Pope, Assistant State's Attorneys, of counsel. Opinion by PRESIDING JUSTICE BURKE. "Not to be published in full."